Court Clerk,                    June 21, 2023

U.S. DISTRICT COURT
DISTRICT OF MAINE

RECEIVED
FILED
2023 JUN 26 P 2: 26
BY ___ CLERK

I am filing an Complaint of
Harassment and Violation of my
Constitutional Right under § 1983
Title 42 against the District
attorneys office in Ellsworth Maine
and animal Control for Verona
Island. I Have filed an Grievence
against A.D.A Heather staples for
Numerous Violations with the Board
of overseers, one of the issues is
they keep trying to force me to
take a plea deal and with held
evidence from me for as long
as they Possibly could to keep me
in Jail when that evidence will
prove 1 did not commit the crimes
I am accused of, after 1 filed
the Grievence the District attorneys
office Has advised animal Control
to start Summonsing me for Dog
at large to add more stress and
try to force me to take a plea
and to get Back at me for filing
such a grievence on one of
their A.D.A's. With that said 1
have been in Jail for over 15

2

months I Have no control over anything on the outside this is just another way to Harass and couse unneeded stress for me and my family at a very stressful time in our lives thank you for your time on this matter.

Jeff Witham

also may be point me in the direction of a Federal attorney that could help me with these matters