# United States Court of Appeals
## For the First Circuit

No. 23-1674

JEFF WITHAM,

Plaintiff - Appellant,

v.

DISTRICT ATTORNEY'S OFFICE, Ellsworth, Maine; ANIMAL CONTROL, Verona Island,

Defendants - Appellees.

**MANDATE**

Entered: October 17, 2024

In accordance with the judgment of September 25, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Aaron M. Frey
Jeff Witham